IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMIE CARMINE WARNER,

    Plaintiff,

v.                                 CASE NO. 4:19cv24-RH-CAS

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on May 1, 2019.

                                     s/Robert L. Hinkle
                                     United States District Judge